# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hunt, Calvin James | Docket No. | 0980 1:21CR02029-SAB-2 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Calvin James Hunt, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian, sitting in the court at Yakima, Washington, on the 20th day of June 2023, under the following conditions:

**Standard Condition #6:** Defendant shall report to the U.S. Probation/Pretrial Services Office on June 21, 2023, by 4:00 p.m., and shall report as often as they direct, at such times and in such matter as they direct.

**Special Condition #1:** Defendant shall remain the Eastern District of Washington for court proceedings unless given permission by the United States Probation/Pretrial Services Office.

**Special Condition #5:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.

**Special Condition #7:** Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Officer.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 21, 2023, Mr. Hunt reported to the probation office upon release from custody. United States Probation Officer (USPO) Casey met with Mr. Hunt and went over his conditions of release, pretrial reporting instructions and all intake documents related to being placed on pretrial supervision. Mr. Hunt signed all documents acknowledging an understanding of his conditions and requirements,  and received copies of all the documents.

**Violation #1:** Mr. Hunt is alleged to be in violation of his conditions of release by failing to report to the probation office as directed on June 28, 2023, by 12 p.m.

On June 21, 2023, Mr. Hunt reported to the probation office upon release from custody and all his conditions were reviewed. On the pretrial reporting instructions document, it was written that Mr. Hunt was to report back to the probation office on June 28, 2023, by 12 p.m.

Due to Mr. Hunt failing to return telephone calls to this officer, on the morning of  June 28, 2023, USPO Mowatt conducted an unannounced home visit at Mr. Hunt's mother's house.  Mr. Hunt's brother advised Mr. Hunt was inside the residence. According to USPO Mowatt, upon entering the home, Mr. Hunt was in a chair slumped over. USPO Mowatt advised Mr. Hunt was mumbling and slurring his words. USPO Mowatt advised he attempted to hand Mr. Hunt this officer's business card with reporting instructions and he could barely hold the card.  Per USPO Mowatt, Mr. Hunt's mother was present. USPO Mowatt asked her how Mr. Hunt was going to get to the office to report as directed. Mr. Hunt's mother just shrugged her shoulders. Mr. Hunt failed to report to the probation office as directed.

**Violation #2:** Mr. Hunt is alleged to be in violation of his conditions of release by leaving the Eastern District of Washington, and traveling to the District of Oregon, on or about June 22, 2023, without permission.

Re: Hunt, Calvin James
June 28, 2023
Page 2

On June 21, 2023, Mr. Hunt reported to the probation office upon release from custody. Mr. Hunt signed and received copies of all documents, including the Eastern District of Washington map related to travel. Mr. Hunt signed a copy of the Eastern District of Washington travel map acknowledging an understanding. During the above-noted office visit, USPO Casey advised Mr. Hunt he needed to call and obtain verbal permission before traveling to the Columbia River/District of Oregon, area.

On June 23, 2023, this officer received an email from the United States Marshals Service (USMS) stating the following: "Wanted to let you know we ran into Calvin Hunt out at 231 South Olden Way Rd area in Toppenish (Washington) on Thursday (June 22, 2023). Sounds like he was planning on going down to the Columbia and do a little fishing. He said he was planning on calling you to see if that was ok." Mr. Hunt did not receive verbal permission to leave the area from an officer in the probation office.

**Violation #3:** Mr. Hunt is alleged to be in violation of his conditions of release by failing to obtain a substance abuse evaluation as directed at Merit Resource Services since his release from custody on June 21, 2023.

On June 21, 2023, Mr. Hunt reported to the probation office upon release from custody. Mr. Hunt signed and received copies of all documents. Additionally, Mr. Hunt signed a release of information for Merit Resource Services (Merit) and was directed to secure an appointment for a substance abuse evaluation. Mr. Hunt was provided the telephone number and address for Merit in Toppenish. During the above-noted office visit, Mr. Hunt advised he was going to go to Merit on June 21, 2023, to secure an appointment. As of the submission of this report, Mr. Hunt has not secured an appointment for an evaluation as directed.

**Violation #4:** Mr. Hunt is alleged to be in violation of his conditions of release by failing to check in telephonically as directed on Monday June 26, 2023.

On June 21, 2023, Mr. Hunt reported to the probation office upon release from custody. Mr. Hunt signed and received copies of all documents. Per Mr. Hunt's pretrial reporting instructions, he was directed to call the below said officer every Monday to check in telephonically. Mr. Hunt failed to make contact with his officer on June 26, 2023. This officer attempted to make telephone contact with his mother twice on June 26, 2023, and left a voice message. As of the submission of this report, his mother has not returned this officer's telephone call. On June 26, 2023, this officer made telephone contact with Mr. Hunt's sister, who advised she went to check on her mother earlier in the day on June 26, 2023, and Mr. Hunt was not there. I requested she direct Mr. Hunt to contact this officer via telephone and report to the probation office on June 28, 2023. Mr. Hunt's sister advised she would also pass the message onto her mother. As of the submission of this report, Mr. Hunt has failed to make contact with the below said officer.

**Violation #5:** Mr. Hunt is alleged to be in violation of his conditions of release by failing to report for random drug testing at Merit Resource Services as directed on June 26, 2023.

On June 21, 2023, Mr. Hunt reported to the probation office upon release from custody. Mr. Hunt was placed on Merit's random colorline testing program. He was provided a document which reflected the address, telephone number, hours of operation and a picture of the building where Merit is located, and instructed to call Monday through Friday and listen for his color, brown. He was advised when his color was called he had until the close of business to submit to a random drug test. Mr. Hunt is subject to three random drug tests per month.

On June 27, 2023, this officer received written notice from Merit that Mr. Hunt failed to show for random drug testing on June 26, 2023. On June 27, 2023, this officer attempted to contact his sister and left a voice message requesting a return call. As of the submission of this report, Mr. Hunt has not contacted this officer and his sister has not returned this officer's voice message.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 28, 2023

by s/Linda L. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/29/2023

Date